UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LIN KWOK KEUNG,<br><br>                           Plaintiff,<br><br>               -against-<br><br>SZE & WONG, INC. and SAM'S FRESH DELI,<br><br>                         Defendants. | 24-CV-8856 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

      Pursuant to the Court's November 21, 2024 Order, ECF No. 7, the parties were required to file a joint letter and proposed case management plan, the contents of which are described in that order, no later than **February 12, 2025**. To date, the parties have not done so. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **February 14, 2025**.

      SO ORDERED.

Dated: February 13, 2025
       New York, New York

                                              ARUN SUBRAMANIAN
                                         United States District Judge