# THE WEITZ LAW FIRM, P.A.

Bank of America Building
18305 Biscayne Blvd., Suite 214
Aventura, Florida 33160

February 14, 2025

**VIA CM/ECF**
Honorable Judge Arun Subramanian
United States District Court
Southern District of New York
500 Pearl Street - Courtroom 15A
New York, NY 10007

      Re:    **Keung v. Sam's Daily Deli Inc., et al.**
             **Case 1:24-cv-08856-AS**

Dear Judge Subramanian:

    The undersigned represents the Plaintiff in the above-captioned case matter. The Initial Pretrial Conference in this matter is currently scheduled for February 20, 2025 at 1:00 p.m., in your Honor's Courtroom. However, Defendants have not yet appeared in this matter, having been properly served through the Secretary of State [D.E. 8 & D.E. 9]. In order to allow the parties adequate time to engage in early settlement discussions, while affording additional time for the defendants to appear, a 30-day adjournment of the Conference is hereby respectfully requested to a date most convenient to this Honorable Court.

    Thank you for your consideration of this first adjournment request.

Sincerely,

By: /S/   B. Bradley Weitz
    B. Bradley Weitz, Esq. (BW9365)
    THE WEITZ LAW FIRM, P.A.
    Attorney for Plaintiff
    Bank of America Building
    18305 Biscayne Blvd., Suite 214
    Aventura, Florida 33160
    Telephone: (305) 949-7777
    Facsimile:  (305) 704-3877
    Email: bbw@weitzfirm.com

---

Application GRANTED. The pretrial conference is adjourned to March 14, 2025 at 2:00 pm ET. The dial-in information remains the same. No further extensions. The deadline to file the case management plan and joint letter is March 6, 2025. If defendants don't appear, plaintiff should promptly seek a default judgment. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 13.

SO ORDERED.

*[signature]*

Arun Subramanian, U.S.D.J.
Date: February 14, 2025